# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOHN DOE, subscriber assigned IP address  )<br>96.231.213.240,  )<br>  )<br>    Defendant.  )<br>  ) | Civil Case No. 1:21-cv-00249-TSE-MSN |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with Defendant John Doe, subscriber assigned IP address 96.231.213.240 ("Defendant"), through Defendant's counsel, Paul Sanders, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 10, 2021

Respectfully submitted,

*/s/ Dawn M. Sciarrino*
Dawn M. Sciarrino, Esq.
The James Law Firm PLLC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
(202) 256-9551 (cell)
(202) 217-3929 (fax)
dsciarrino@jmjameslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Dawn M. Sciarrino*
      Dawn M. Sciarrino, Esq.